JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGINA WILLIAMS, | ) | Case No.  1:17-CV-00993-SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| NANCY A. BERRYHILL, | ) | (Doc. 12) |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to April 14, 2018, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's heavy workload..

**Williams v. Berryhill**        **Stipulation and Order**        **E.D. Cal. 1:17-cv-00993-SKO**

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 12, 2018   JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:  March 12, 2018   MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

//

//

//

//

//

//

**Williams v. Berryhill**         **Stipulation and Order**         **E.D. Cal. 1:17-cv-00993-SKO**

# **ORDER**

Pursuant to the parties' above-stipulation showing good cause for a requested extension of the briefing schedule (Doc. 12), the request is hereby GRANTED.  Plaintiff shall file the opening brief by no later than April 14, 2018.  Defendant shall file the opening brief by no later than April 30, 2018.  Plaintiff SHALL file a reply brief, if any, by no later than May 14, 2018.  All other deadlines set forth in the Scheduling Order, (Doc. 5), are modified accordingly.

IT IS SO ORDERED.

Dated: **March 13, 2018**                                         /s/ *Sheila K. Oberto*
                                                                                   UNITED STATES MAGISTRATE JUDGE

**Williams v. Berryhill**             **Stipulation and Order**        **E.D. Cal. 1:17-cv-00993-SKO**