MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| REGINA WILLIAMS, | Case No.: 1:17-cv-0993-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL, | **(Doc. 15)** |
| Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her responsive brief with the Court by 30 days to **June 13, 2018**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

    There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing her responsive brief on May 14, 2018. In particular, counsel for Defendant is currently responsible for performing an extensive range of tasks, including: preparing for an arbitration proceeding involving the agency and one of the agency's collective

bargaining units; reviewing the excerpts of record and drafting the Commissioner's answering brief in a Social Security case before the Ninth Circuit; drafting briefs and summary judgment motions and negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; and assisting with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST).

      Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *May 8, 2018*                       FORSLUND LAW

                                    By:   */s/ Asim H. Modi for Jacqueline A. Forslund\**
                                                JACQUELINE A. FORSLUND
                                                *\*Authorized by email on May 8, 2018*
                                                Attorneys for Plaintiff

Date: *May 8, 2018*                       MCGREGOR W. SCOTT
                                                United States Attorney
                                                DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                      By:   */s/ Asim H. Modi*
                                                ASIM H. MODI
                                                Special Assistant United States Attorney
                                                Attorneys for Defendant

///
///
///
///
///
///
///
///

## ORDER

Pursuant to the parties' above "Stipulation to Extend Briefing Schedule" (Doc. 15), IT IS HEREBY ORDERED that Defendant has until June 13, 2018, to submit her response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **May 9, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE