MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| REGINA WILLIAMS, | Case No.: 1:17-cv-0993-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (Doc. 17) |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her responsive brief with the Court by 14 days to **June 27, 2018**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's second request for an extension of time in this matter, and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request because the parties are currently engaged in discussions to settle the case at hand. Therefore, additional time is necessary for the parties to complete these negotiations and prepare a stipulation for voluntary remand; alternatively, if the

-1-

parties are unable to successfully complete their settlement discussions, the Commissioner will use this extension period to prepare a separate responsive pleading.

Counsel for Defendant again sincerely apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *June 13, 2018*  FORSLUND LAW

By: */s/ Asim H. Modi for Jacqueline A. Forslund\**
JACQUELINE A. FORSLUND
*\*Authorized by email on June 12, 2018*
Attorneys for Plaintiff

Date: *June 13, 2018*  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' above-stipulation showing good cause for a second requested extension of the briefing schedule (Doc. 17), the request is hereby GRANTED.

Accordingly, IT IS HEREBY ORDERED that Defendant's time to file a responsive brief with the Court is extended to June 27, 2018, and all other scheduling dates set forth in the Court's Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **June 14, 2018**  /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE