1  FORSLUND LAW, LLC
   Jacqueline A. Forslund # 154575
2  P.O. Box 4476
   Sunriver, OR  97707
3  Telephone:    541-419-0074
4  Fax:          541-593-4452
   Email:        jaf@forslundlaw.com
5
   Attorney for Plaintiff
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA WILLAIMS, | Case No.  1:17-CV-00993-SKO |
| Plaintiff | **STIPULATION AND ORDER FOR AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| | (Doc. 24) |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. sec. 2412(d), in the amount of FOUR THOUSAND SIX HUNDRED dollars and ZERO cents ($4,600.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. sec. 2412(d).

After the Court issues an order for payment of EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  The government's ability to honor the assignment will depend on whether the fees and expenses are subject to an offset allowed under the United States Department of the Treasury's Offset Program pursuant to Astrue v. Ratcliff, 130 S.Ct. 2521 (2010).  After the order of EAJA fees and expenses is entered, the government will determine if they are subject to an offset. If

it is determined that Plaintiff's EAJA fees and expenses are not subject to an offset under <u>Astrue v. Ratcliff</u>, 130 S.Ct. 2521 (2010) and the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Jacqueline A. Forslund, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.  The parties agree that whether these checks are made payable to Plaintiff or Jacqueline A. Forslund, such checks shall be mailed to Plaintiff's attorney at the following address:  Jacqueline A. Forslund, Forslund Law LLC, P.O. Box 4476, Sunriver, Oregon  97707. This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's Counsel may have relating to EAJA attorney fees in connection with this action.

Respectfully submitted,

Date:  November 30, 2018            JACQUELINE A. FORSLUND
                                    Attorney at Law


                                    */s/Jacqueline A. Forslund*
                                    JACQUELINE A. FORSLUND
                                    Attorney for Plaintiff

Date:  November 30, 2018            MCGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    */s/Asim H. Modi*
                                    ASIM H. MODI
                                    Special Assistant United States Attorney
                                    *By email authorization
                                    Attorney for Defendant

///

///

///

2

# **ORDER**

Based upon the parties' "Stipulation for Award and Payment of Attorney's Fees Under the Equal Access to Justice Act" (the "Stipulation") (Doc. 24), IT IS ORDERED that fees in the amount of FOUR-THOUSAND, SIX-HUNDRED dollars ($4,600) as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: **November 30, 2018**        /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE